## GREGOIRE v. LOUISIANA.

No. 35, Misc. Decided November 13, 1967.

*Allen B. Pierson, Jr.*, for appellant.

*Jack P. F. Gremillion*, Attorney General of Louisiana, *William Schuler*, Assistant Attorney General, *Duncan S. Kemp* and *Leonard E. Yokum* for appellee.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

## NIELSEN v. NEBRASKA EX REL. NEBRASKA STATE BAR ASSOCIATION.

No. 503, Misc. Decided November 13, 1967.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.